# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

VICTOR MANUEL TAGLE,

    Petitioner,

vs.

RENEE BAKER, et al.,

    Respondents.

Case No. 3:13-cv-00266-RCJ-VPC

**ORDER**

    The petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 (#2) is a handwritten duplicate of the petition that petitioner has filed in <u>Tagle v. Baker</u>, 3:13-cv-00264-MMD-VPC. Any variations in petitioner's allegations are insubstantial. The court will dismiss this action in favor of the first-filed action.

    Petitioner has submitted four motions that duplicate motions in the first-filed action. The court denies these motions without prejudice to the resolution of the same motions in the first-filed action.

    Reasonable jurists would not find the court's conclusion to be debatable or wrong, and the court will not issue a certificate of appealability.

    IT IS THEREFORE ORDERED that petitioner's motions (#7, #8, #9, #10) are **DENIED** without prejudice to the resolution of the same motions in the first-filed action in <u>Tagle v. Baker</u>, 3:13-cv-00264-MMD-VPC.

-2-

IT IS FURTHER ORDERED that this action is **DISMISSED** without prejudice in deference to the first-filed action in <u>Tagle v. Baker</u>, 3:13-cv-00264-MMD-VPC.  The clerk of the court shall enter judgment accordingly.

IT IS FURTHER ORDERED that a certificate of appealability is **DENIED**.

Dated:   July 8, 2013.

_____
ROBERT C. JONES
Chief United States District Judge